**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD SETH TRZASKA,          ) | |
|                              ) | |
|          Plaintiff,          ) | Case No.  2:10-cv-02268-JCM-GWF |
|                              ) | |
| vs.                          ) | **ORDER** |
|                              ) | |
| INTERNATIONAL GAME TECHNOLOGY, ) | |
| ANCHOR COIN, INC. and SPIN FOR CASH ) | |
| WIDE AREA PROGRESSIVE, collectively, IGT, ) | |
|                              ) | |
|          Defendants.         ) | |
| _____ ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendant removed this matter to federal court on December 31, 2010.   Defendant IGT filed an Answer (#4) on January 5, 2011.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 7, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 24th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge